**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1158**

---

MARLENE C. SEAY,

                                Plaintiff - Appellant,

        versus

DEPARTMENT OF THE NAVY,

                                Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior Dis-
trict Judge.  (CA-94-3423)

---

Submitted:  October 3, 1996          Decided:  October 9, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marlene C. Seay, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting the Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion adopting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Seay v. Department of the Navy</u>, No. CA-94-3423 (D.S.C. Dec. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2